
RECEIVED
IN MONROE, LA
FEB 1 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CORY O'NEAL COOPER | CIVIL ACTION NO. 05-1429-M |
| VS. | SECTION P |
| STATE OF LOUISIANA, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that to the petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** since it plainly appears from the face of the petition and exhibits that the petitioner has failed to exhaust all available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's civil rights claim be dismissed as frivolous because it seeks monetary damages against defendants who are immune from such relief as provided by 28 U.S.C. §1915(e)(2)(B)(i) and (iii).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 10 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE